**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-1118**

———————

YVONNE HICKMAN,

            Plaintiff - Appellant,

     v.

MICHAEL PUGLISE,

            Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Catherine C. Blake, District Judge.
(1:12-cv-03577-CCB)

———————

Submitted: April 25, 2013         Decided: April 29, 2013

———————

Before AGEE and WYNN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Yvonne Hickman, Appellant Pro Se.   Michael Puglise, Appellee Pro
Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yvonne Hickman appeals the district court's order dismissing her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hickman v. Puglise, No. 1:12-cv-03577-CCB (D. Md. Jan. 10, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED